On respondent's motion for reconsideration filed May 18, reconsideration allowed,
former opinion (101 Or App 390, 790 P2d 1192) modified and adhered to as modified
July 25, 1990

In the Matter of John Woolridge,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

JOHN WOOLRIDGE,
*Appellant.*

(89-03-95685; CA A60515)

794 P2d 1258

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Keith W. Wingfield, Assistant Attorney General, Salem, for motion.

Before Graber, Presiding Judge pro tempore, and Riggs and Edmonds, Judges.

RIGGS, J.

**RIGGS, J.**

We allow the state's motion for reconsideration of our opinion, 101 Or App 390, 790 P2d 1192 (1990), to correct a misquotation from *State v. Allmendinger,* 36 Or App 381, 383, 584 P2d 773 (1978) that appears at 101 Or App 395: What we intended to say is that mere threats of violence or verbal hostility may not be sufficient, standing alone, to show mental illness. We delete the sentence that followed the quotation in our former opinion.

Reconsideration allowed; former opinion modified and adhered to as modified.